



## MEMORANDUM OPINION

No. 04-10-00711-CV

### IN RE A.M., A CHILD

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  November 10, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 5, 2010, relator filed a petition for writ of mandamus, and on October 27, 2010 filed an amended petition for writ of mandamus. The court has considered relator's amended petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the amended petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-PA-01875, styled *In the Interest of A.M., A Child*, pending in the 131st Judicial District Court, Bandera County, Texas, the Honorable John D. Gabriel presiding. However, the Honorable Charles Montemayor, associate judge of the Children's Court, Bexar County, Texas, signed the order complained of.